# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00407-CV

**Nylondraleshannette Williams-James, Appellant**

**v.**

**Kenneth Ray James, Appellee**

---

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 22DFAM331641, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

After this Court granted appellant's multiple motions requesting an extension of time to file her brief, this Court ordered appellant to file her brief by May 26, 2026. The order advised appellant that no further extensions would be granted.[1] To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

---

[1] Before issuing the order, this Court granted appellant five extensions of time to file her brief, allowed supplementation of the clerk's record twice at her request, and abated this appeal for the trial court's resolution of appellant's complaints about the contents and completeness of the record, but appellant failed to attend that hearing. *Williams-James v. James*, No. 03-25-00407-CV, 2026 WL 1107402, at *1 (Tex. App.—Austin Apr. 24, 2026, order).

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed:   June 4, 2026